IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JORDAN GOODWIN, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV393 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court upon reconsideration of Petitioner's Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) The court previously assessed an initial partial filing fee. However, habeas corpus cases attacking the legality of a person's confinement only require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a).

IT IS THEREFORE ORDERED:

After considering Petitioner's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis is granted and Petitioner is relieved from paying the filing fee at this time. The clerk of court is directed to return the payments received from Petitioner in the amount of $101.12. The clerk of court is further directed to send a copy of this order to the appropriate official at Petitioner's institution.

DATED this 14th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge